George V. Haskins, James W. Haskins, John J. Haskins, Paul S. Haskins, Mary E. Sweeting, Theadore Sweeting, Henry B. Haskins and Helena M. Haskins, Appellants, v. L. W. Bethel, executor of the estate of Annie E. Sweeting, deceased, appellee.

- (Supreme Court of Florida, *En Banc,* February 4, 1908.)

Appeal from Circuit Court, Monroe county; Joseph B. Wall, Judge.

Phipps & Brooks, for appellants;

Glen & Himes and G. Bowne Patterson, for appellee.

The appeal in this case was from an order of the circuit court affirming an order of the probate court on Monroe county. Appeal dismissed on motion of counsel for the appellee.